# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938  FAX 646.998.1972

**MEMO ENDORSED**

February 27, 2020

**VIA ECF**
Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Guerra v. Trece Corp. et al; 18-cv-00625-ER*

Your Honor:

    Our office represents Defendants Trece Corp. d/b/a Trece Mexican Cuisine & Tequila Bar and Joel Lim (hereinafter "Defendants") in the above referenced matter. We write to respectfully request an adjournment of the Case Management Conference currently scheduled for February 28, 2020, at 11:00 a.m. to March 20, 2020, or the next available date. Moreover, Defendants also respectfully request a two-week extension for discovery since Defendants are still producing documents of the Corporate Defendant.

    This is Defendants' third request for an adjournment of a conference. The first request (Dkt. No. 22) was granted by Your Honor (Dkt. No. 23) and the second request (Dkt. No. 30) was granted by Your Honor (Dkt. 31). Lastly, Plaintiffs have consented to the proposed adjournment.

    We thank the Court for its time and consideration.

    Respectfully Submitted,

By: _/s/ Lawrence F. Morrison_
Lawrence F. Morrison. Esq.
Morrison & Tenenbaum, PLLC
87 Walker Street, Floor 2
New York, New York 10013
Email: lmorrison@m-t-law.com
*Attorneys for Defendants*

CC: VIA ECF
David A. Robins
Lipman & Plesur, L.L.P.

The Jericho Atrium
500 North Broadway
Suite 105
Jericho, NY 11753-2131
(516) 931-0050
Email: robins@lipmanplesur.com
*Attorney for Plaintiff*

The application is ____ granted
　　　　　　　　　__X__ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __Feb. 27, 2020_____
New York, New York

M+T