UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA GUERRA,

                        Plaintiff,

              –against–

TRECE CORP., d/b/a TRECE MEXICAN
CUISINE AND TEQUILA BAR, and JOEL LIM,

                      Defendants.

**ORDER**

18 Civ. 625 (ER)

RAMOS, D.J.:

       The Court has been advised that the parties attended mediation on January 14, 2021 but that no agreement was reached. The parties are therefore instructed to submit a joint status update by no later than January 20, 2021.

It is SO ORDERED.

Dated: January 14, 2021

                                                       New York, New York
                                                     Edgardo Ramos, U.S.D.J.