UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA GUERRA,

           Plaintiff,

– against –

TRECE CORP., d/b/a TRECE MEXICAN CUSINE AND TEQUILA BAR, and JOEL LIM,

           Defendants.

**ORDER**

18 Civ. 625 (ER)

Ramos, D.J.:

    On January 20, 2021, the parties informed the Court that they had reached a settlement in principle, and that they intended to submit the agreement to the Court for approval in 30 days. No settlement has been submitted. The parties are therefore directed to submit the settlement agreement to the Court for approval by no later than April 12, 2021.

    It is SO ORDERED.

Dated:   April 5, 2021
           New York, New York

                                                                     Edgardo Ramos, U.S.D.J.